## CERTIFICATE OF SERVICE

I, Steven R. Kramer, hereby certify that a copy of the foregoing **NOTICE OF AND PETITION FOR REMOVAL** was mailed, postage pre-paid, on this 6th day of March, 2020 to the following:

> Richard A. Kubick, Esq.
> KUBICK & ASSOCIATES, P.C.
> *Attorneys for Plaintiff*
> 32 Broadway, Suite 1514
> New York, NY 10004

                                                  s/
                                                Steven R. Kramer, Esq.