SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS

| | |
|---|---|
| JAMES O'REILLY,<br><br>             Plaintiff,<br><br>-against-<br><br>GENERAL MOTORS LLC, GENERAL MOTORS HOLDING CORPORATION, GENERAL MOTORS OVERSEAS DISTRIBUTION LLC, GENERAL MOTORS INVESTMENT MANAGEMENT CORPORATION, GENERAL MOTORS TREASURY CENTER, LLC, BROOKLYN AC-DELCO, INC., and ACDELCO,<br><br>             Defendants. | Index No.: 701667/2020 |

## NOTICE OF REMOVAL

  PLEASE TAKE NOTICE that defendant GENERAL MOTORS LLC. has removed this case to the United States District Court for the Eastern District of New York, having filed a Petition for Removal (annexed hereto as Exhibit "A") in said District Court the 6th day of March, 2020.

Dated: White Plains, New York
    March __, 2020

                  Yours, etc.

                  */s/ Steven R. Kramer*
                  Steven R. Kramer, Esq.
                  ECKERT SEAMANS CHERIN & MELLOTT, LLC
                  *Attorneys for Defendant*
                  *GENERAL MOTORS LLC*
                  10 Bank Street, Suite 700
                  White Plains, NY 10606
                  (914) 949-2909

TO: Richard A. Kubick, Esq.
    KUBICK & ASSOCIATES, P.C.
    *Attorneys for Plaintiff*
    32 Broadway, Suite 1514
    New York, NY 10004
    (212) 684-7541

{V0650543.1}